UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Laura Pulla,

                      Plaintiff,

     -against-

Happy Choice Nail, Inc. et al,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER
12 CV 3518 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The Court having been advised that the parties have reached a settlement in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within ninety (30) days.

Dated: New York, New York
       July 13, 2012

                                            SO ORDERED:

                                            GEORGE B. DANIELS
                                            United States District Judge